IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

    Plaintiff,                    No. 2:12-cv-0334 CKD P

    vs.

WIN, et al.,

    Defendants.            ORDER

_____/

        By order filed May 24, 2012, plaintiff's complaint was dismissed with leave to amend. The period of time for amending has expired, and plaintiff has not filed an amended complaint or explained why he has not. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: July 30, 2012

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

1
lang0334.36

---

[1] Plaintiff has consented to have a magistrate judge conduct all proceedings in this case. See 28 U.S.C. § 636(c).