1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALTER SHANE LANGSTON,

11            Plaintiff,              No. 2:12-cv-0334 CKD P

12        vs.

13   WIN, et al.,

14            Defendants.             ORDER

15   _____/

16            Plaintiff is a California prisoner proceeding pro se with an action for violation of

17   civil rights under 42 U.S.C. § 1983.  Two matters are before the court.

18   I.  Motion To Revoke Plaintiff's In Forma Pauperis Status

19            On May 24, 2012, the court granted plaintiff's request to proceed in forma

20   pauperis (IFP).  Defendant Win (defendant) has filed a motion requesting that plaintiff's IFP

21   status be revoked pursuant to 28 U.S.C. § 1915(g).  That statute reads as follows:

22            In no event shall a prisoner bring a civil action or appeal a
             judgment in a civil action or proceeding [in forma pauperis] if the
23            prisoner has, on 3 or more prior occasions, while incarcerated or
             detained in any facility, brought an action or appeal in a court of
24            the United States that was dismissed on the grounds that it is
             frivolous, malicious, or fails to state a claim upon which relief may
25            be granted, unless the prisoner is under imminent danger of serious
             physical injury.

26

1          Defendant points to three actions brought in this court which defendant believes

2  constitute "strikes."[1]  One of the cases is <u>Langston v. Cal. Dep't of Corrections</u>, 1:01-cv-5762

3  OWW SMS P.  While that case was brought by a "Walter Langston," it was not brought by

4  plaintiff.  That "Walter Langston's" California Department of Corrections and Rehabilitation

5  identification number was H-66998 and he was housed at Pleasant Valley State Prison when the

6  action was commenced.  <u>See</u> Dkt. No. 4 at 3.  On September 17, 2001, the other "Walter

7  Langston" informed that court that he had been paroled to Oakland.

8          At the time 1:01-cv-5762 OWW SMS P was commenced, plaintiff's inmate

9  number was, as it is now, P-53446, and he was housed at Deuel Vocational Institution where he

10  remained until 2002.  Opp'n, Ex. C at 7.  Furthermore, the subject matter of  1:01-cv-5762

11  OWW SMS P concerns events occurring at Pleasant Valley State Prison.  Records provided by

12  plaintiff indicate he was never housed there.  Opp'n, Ex. C.[2]

13          Because <u>Langston v. Cal. Dep't of Corrections</u>, 1:01-cv-5762 OWW SMS P does

14  not count as a "strike" under 28 U.S.C. § 1915(g), defendant's motion to have plaintiff's IFP

15  status revoked will be denied.[3]

16  II.  <u>Plaintiff's Motion For Entry Of Default</u>

17          Plaintiff asserts default should be entered against defendant.  However, when

18  plaintiff filed his motion on November 26, 2012, the deadline for defendant to file his response

19  to plaintiff's amended complaint, December 9, 2012 (<u>see</u> Dkt. No. 25) had not yet passed.

20  Therefore, plaintiff's motion will be denied.  Because defendant Win has not yet filed an answer

21

22       [1]  Defendant asserts plaintiff has accumulated "at least three" "strikes," but only points to three cases as being potential "strikes."

23

24       [2]  Defendant notes correctly that the docket for 1:01-cv-5762 OWW SMS P identifies the plaintiff in this action as the plaintiff in that action.  However, that is due to court error.  When plaintiff updated his address it was inadvertently applied to all cases in the court, open and closed, where "Walter Langston" was or is a litigant.

25

26       [3]  The court has independently reviewed all of the cases filed by plaintiff in this court. Plaintiff has, at most, two "strikes."

or any other proper response to plaintiff's amended complaint as described in Rule 12 of the Federal Rules of Civil Procedure, defendant will be granted 14 days within which to do so.

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant Win's  motion for an order revoking plaintiff's in forma pauperis status (Dkt. No. 21) is denied.

2.  Plaintiff's motion for entry of default (Dkt. No. 23) is denied.

3.  Defendant Win is granted an extension of time of 14 days to file his response to plaintiff's amended complaint.

Dated: January 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lang0334.3ks(1)