UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>WIN, et al.,<br><br>        Defendants. | No.  2:12-cv-0334 CKD P<br><br><br>ORDER |

      Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  Defendant Win has filed a motion for summary judgment. Plaintiff has not yet filed an opposition to the motion.  Rather, he has filed a motion for further discovery.  Discovery closed in this action on May 17, 2013 and plaintiff has failed to indicate why he did not seek the materials he now wants before expiration of the discovery deadline. Therefore, plaintiff's motion for further discovery will be denied and plaintiff will be ordered to file an opposition to defendant Win's motion for summary judgment within 30 days.

      Accordingly, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for discovery (ECF No. 37) is denied;

    2.  Plaintiff's request for an extension of time to file an opposition to defendant Win's motion for summary judgment (ECF No. 39) is granted; and

/////

1

1        3. Plaintiff's opposition shall be filed within 30 days of this order. Plaintiff's failure to file an opposition within 30 days will result in a recommendation that this action be dismissed.

Dated: October 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lang0334.mfd

2