UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WIN, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-0334 CKD P<br><br><br><br>ORDER |

　　　　On October 18, 2013, plaintiff filed a document in which he asks that defendant Win's pending motion for summary judgment be "dismissed" because Win propounded discovery requests after the deadline for doing so. However, serving a late discovery request, by itself, is not a valid basis for denying a party the ability to file a motion for summary judgment. Plaintiff also suggests the court should sanction defendant for serving late discovery requests by not allowing defendant to attach any evidence obtained via a late request to his motion for summary judgment. However, there is no evidence attached to defendant's motion for summary judgment other than defendant's declaration and portions of the transcript of plaintiff's deposition which was taken before the close of discovery.

/////

/////

/////

1    For these reasons, IT IS HEREBY ORDERED plaintiff's October 18, 2013 "motion to
dismiss summary judgment" (ECF No. 41) is denied.

Dated: December 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lang0334.57