1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WALTER SHANE LANGSTON,                        No.  2:12-cv-0334 CKD P

12                    Plaintiff,

13            v.                                     ORDER

14    WIN, et al.,

15                    Defendants.

16

17          On October 18, 2013, plaintiff filed a document in which he asks that defendant Win's

18    pending motion for summary judgment be "dismissed" because Win propounded discovery

19    requests after the deadline for doing so.  However, serving a late discovery request, by itself, is

20    not a valid basis for denying a party the ability to file a motion for summary judgment.  Plaintiff

21    also suggests the court should sanction defendant for serving late discovery requests by not

22    allowing defendant to attach any evidence obtained via a late request to his motion for summary

23    judgment.  However, there is no evidence attached to defendant's motion for summary judgment

24    other than defendant's declaration and portions of the transcript of plaintiff's deposition which

25    was taken before the close of discovery.

26    /////

27    /////

28    /////

1        For these reasons, IT IS HEREBY ORDERED plaintiff's October 18, 2013 "motion to

2    dismiss summary judgment" (ECF No. 41) is denied.

3    Dated:  December 12, 2013

4                                                                    _____
                                                                    CAROLYN K. DELANEY
5                                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     lang0334.57
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2